IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01753-RPM

RANDY LEE DIXON,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

ORDER SETTING TRIAL DATE

    Pursuant to the pretrial conference today, it is

    ORDERED that this matter is set for trial to jury on **March 25, 2013, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    Dated:  September 19th, 2012

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  Richard P. Matsch, Senior District Judge