# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 2011-cv-01753-RPM

RANDY LEE DIXON,                                     Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

                                                     Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon review of the Stipulation for Dismissal with Prejudice [24], filed December 14, 2012,

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, each party to pay his or its own costs.

DATED at Denver, Colorado, this 14th day of December, 2012.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge